UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 26, 2015     **Time:** 2:23 P.M.-2:33 P.M.     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 02-cr-40224-YGR-1     **Case Name:** UNITED STATES v. Gregory Ignacio[present; in custody]

**Attorney for Plaintiff:** AUSA Brigid Martin
**Attorney for Defendant:** James Vaughns

**Deputy Clerk:** Frances Stone     **Court Reporter:** Kathy Wyatt
**Interpreter:** not needed     **Probation Officer:** Bobby Love

## PROCEEDINGS

STATUS re Supervised Release Violation.
Defendant admits Charges 1,4 and 5 of the Petition filed 1/8/15, Dkt. No. 84.
Court finds violation of Supervised Release as to above charges only.
Government will dismiss charges 2 and 3 of the Petition at the sentencing hearing.

**CASE CONTINUED TO:  April 16, 2015 at 2:00pm for Sentencing  regarding supervised release violation[along with the related case  set for the same date and time]**

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:**
Category
Begins
Ends

-------------------------------------------------------------------------------------------------------------------