AO 245D (Rev. AO 09/11-CAN  07/14) Judgment in Criminal Case of Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
|  | ) | (For **Revocation** of Probation or Supervised Release) |
| v. | ) |  |
| Gregory Ignacio | ) | USDC Case Number:  CR-02-40224-001 YGR |
| Gregory Francis Ignacio, Gregory Francos Ignacio, Gregory Francis Ingnacio | ) | BOP Case Number:  DCAN402CR40224-001 |
|  | ) | USM Number:  97284-011 |
|  | ) | Defendant's Attorney:  James Phillip Vaughns, Appointed |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s): One, Four, and Five of Petition filed 1/8/2015 regarding the term of supervision.

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Submitting a Positive Urine Sample for Marijuana | 3/26/2013 |
| Four | Committing Another Federal, State, or Local Crime | 12/12/2013 |
| Five | Associating with a Person Convicted of a Felony | 12/12/2013 |
|  |  |  |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charge(s) Two and Three of the Petition filed 1/8/15 are dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1119

Defendant's Year of Birth:  1977

City and State of Defendant's Residence: Stockton, California

4/30/2015
Date of Imposition of Judgment

*/s/ Yvonne Gonzalez Rogers*
Signature of Judge

The Honorable Yvonne Gonzalez Rogers
Senior United States District Judge
Name & Title of Judge

May 7, 2015
Date Signed

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case

DEFENDANT: Gregory Ignacio  Judgment - Page 2 of 2
CASE NUMBER: CR-02-40224-001 YGR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

15 months (Count Two of CR02-40224-001 YGR); and 15 months (Count Three of CR02-40224-001 YGR), Consecutive, for a total term of 30 months.  **Imprisonment is to run consecutive to prison sentence in CR14-00083 YGR (sentenced on April 30, 2015).  No Supervised Release to Follow.**

☑ The Court makes the following recommendations to the Bureau of Prisons:

   1) The defendant is to be housed at first, FCI Schuylkill in Pennsylvania; or second, at FCI Coleman in Florida; or at an institution with occupational training.

   2) The defendant is to be considered for the Second Chance Program.

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

   ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL